**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Mauricio MORALES–AGUILAR,**
**Defendant–Appellant.**

No. 13–10850
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 8, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Helen Miller Liggett, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

Mauricio Morales–Aguilar appeals the sentence imposed following his guilty plea conviction for transportation of illegal aliens and aiding and abetting. He argues that the district court erred in imposing a one-year term of supervised release to follow his 12–month term of imprisonment because Morales–Aguilar is a deportable alien. Additionally, Morales–Aguilar contends that the district court failed to provide any fact-specific reasons for the imposition of supervised release.

Morales–Aguilar has completed his term of imprisonment, has been released from custody, and has been removed to Mexico. The appeal of his sentence is therefore moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir. 2007). Accordingly, the appeal is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.